THE PEOPLE OF THE STATE OF NEW YORK ex rel. VANDER-BILT AVENUE REALTY CORPORATION, Respondent, against HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes for 1928.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VANDER-BILT AVENUE REALTY CORPORATION, Respondent, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Two proceedings; Taxes for 1930 and 1931.)

Argued February 24, 1941; decided March 13, 1941.

*William C. Chanler*, Corporation Counsel (*Arthur A. Segall*, *Arthur H. Goldberg* and *Harry S. Lucia* of counsel), for appellants.

*Albert A. Raphael* and *Samuel D. Schwitzer* for respondent.

Order affirmed, with costs. The question of law argued by the appellants is not presented upon this record. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.